IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Thomas Lee Geddie, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 9:12-828-TLW-BM |
| Lt. McMillian; Head Nurse Rodriguez; Southern Health Partners, | ) | |
| Defendants. | ) | |

# ORDER

On March 22, 2012, the Plaintiff, Thomas Lee Geddie ("Plaintiff"), proceeding *pro se*, filed this civil action. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Bristow Marchant to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed without prejudice and without issuance and service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). (Doc. # 12). Objections were due on April 30, 2012. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 12). The complaint is therefore **DISMISSED** without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.


May 2, 2012     __s/Terry L. Wooten_____
Florence, South Carolina     United States District Judge